IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMIEN M. SCHLAGER, | : | Civil No. 3:14-cv-1964 |
|     Petitioner | : | |
| | : | (Judge Mariani) |
| v. | : | |
| | : | |
| BRIAN V. COLEMAN, *et al.*, | : | |
|     Respondents | : | |

## ORDER

**AND NOW**, this 2ND day of March, 2016, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 15) to dismiss the habeas petition as untimely is **DENIED**.

2. On or before March 31, 2016, the parties shall submit any documentary evidence in support of their respective positions on equitable tolling of the statute of limitations.

3. A determination of whether an evidentiary hearing should be conducted will be held in abeyance pending review of the parties' documents.

Robert D. Mariani
United States District Judge