IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMIEN M. SCHLAGER, | : | Civil No. 3:14-cv-1964 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| BRIAN V. COLEMAN, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW,** this _14th_ day of July, 2020, upon consideration of Petitioner's motion (Doc. 42) for discovery, and for the reasons set forth in the Memorandum of the same date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 42) is **DENIED**.

Robert D. Mariani
United States District Judge